1  Jay Stein, Bar No. 141042
   P.O. Box 942
2  Riverside, CA  92502
   (951) 782-0211

3  Judgment Creditor, JAY STEIN

4

5              UNITED STATES BANKRUPTCY COURT

6              CENTRAL DISTRICT OF CALIFORNIA

7

8  In re:                          )   Case No.: SA99-11569 JB
                                   )   Chapter 7
9  DIANE KAMINSKI,                 )
                                   )   Adv. No. 99-1428 JB
          Debtors,                 )
10 ─────────────────────────────   )   **DECLARATION FOR ACCRUED**
   JAY STEIN                       )   **INTEREST AFTER JUDGMENT**
11                                 )
          Plaintiff,               )
12                                 )
       vs.                         )
13                                 )
   DIANE KAMINSKI,                 )
14                                 )
          Defendant.               )
15 ─────────────────────────────   )

16

17   I, Jay Stein, Judgment Creditor, declare as follows:

18   1.  I am the judgment creditor in this action.

19   2.  On June 1, 2000, judgment was entered in the amount of $41,296.84 in favor of Plaintiff

20 Jay Stein and against Defendant Diane Kaminski.

21   3.  Since entry of judgment, interest has accrued on the judgment at the rate of 10% per year,

22 and total interest accrued as of December 31, 2000 is $2,064.84, making the total due through

23 December 31, 2000 $43,361.68.  Interest continues to accrue after that date at the rate of $11.88

24 per day.

25

                                    1                   Declaration for Accrued Interest

4.  Since entry of judgment, interest has accrued on the judgment at the rate of 10% per year, and total interest accrued as of December 31, 2001 is $4,336.17, making the total due through December 31, 2001 $47,697.85.  Interest continues to accrue after that date at the rate of $13.07 per day.

5.  Since entry of judgment, interest has accrued on the judgment at the rate of 10% per year, and total interest accrued as of December 31, 2002 is $4,769.79, making the total due through December 31, 2002 $52,467.64.  Interest continues to accrue after that date at the rate of $14.37 per day.

6.  Since entry of judgment, interest has accrued on the judgment at the rate of 10% per year, and total interest accrued as of December 31, 2003 is $5,246.76, making the total due through December 31, 2003 $57,714.40.  Interest continues to accrue after that date at the rate of $15.81 per day.

7.  Since entry of judgment, interest has accrued on the judgment at the rate of 10% per year, and total interest accrued as of December 31, 2004 is $5,771.44, making the total due through December 31, 2004 $63,485.84.  Interest continues to accrue after that date at the rate of $17.39 per day.

8.  Since entry of judgment, interest has accrued on the judgment at the rate of 10% per year, and total interest accrued as of December 31, 2005 is $6,348.58, making the total due through December 31, 2005 $69,834.42.  Interest continues to accrue after that date at the rate of $19.13 per day.

9.  Since entry of judgment, interest has accrued on the judgment at the rate of 10% per year, and total interest accrued as of December 31, 2006 is $6,983.44, making the total due through December 31, 2006 $76,817.86.  Interest continues to accrue after that date at the rate of $21.05 per day.

Declaration for Accrued Interest

1    10. Since entry of judgment, interest has accrued on the judgment at the rate of 10% per year,

2    and total interest accrued as of April 30, 2007 is $2,560.60, making the total due through April

3    30, 2007 $79,378.46.  Interest continues to accrue after that date at the rate of $21.77 per day.

4    The total amount due is calculated as follows:

5    Judgment (6/1/00)                              $41,296.84

6    Interest (through 12/31/00)                    $2,064.84

7        Total Owing (as of 12/31/00)               $43,361.68

8    Interest (through 12/31/01)                    $ 4,336.17

9        Total Owing (as of 12/31/01)               $47,697.85

10   Interest (through 12/31/02)                    $ 4,769.79

11       Total Owing (as of 12/31/02)               $52,467.64

12   Interest (through 12/31/03)                    $5,246.76

13       Total Owing (as of 12/31/03)               $57,714.40

14   Interest (through 12/31/04)                    $ 5,771.44

15       Total Owing (as of 12/31/04)               $63,485.84

16   Interest (through 12/31/05)                    $ 6,348.58

17       Total Owing (as of 12/31/05)               $69,834.42

18   Interest (through 12/31/06)                    $ 6,983.44

19       Total Owing (as of 12/31/06)               $76,817.86

20   Interest (through 04/30/07)                    $2,560.60

21   Total Owing (as of 04/30/07)                   $79,378.46

22   I declare under penalty of perjury under the laws of the State of California that the

23   foregoing is true and correct.

24   Dated: May _11_, 2007                  By: _____

25                                              Jay Stein, Judgment Creditor

                                    3                    Declaration for Accrued Interest

## PROOF OF SERVICE BY MAIL
### [C.C.P 1013a (3) & 2015.5(b)]

I am employed in the County of Riverside, State of California. I am over the age of eighteen and not a party to the within action; my business address is 4333 Orange Street, Suite 7, Riverside, CA 92501.

On May 15, 2007, I served the foregoing document described as **DECLARATION FOR ACCRUED INTEREST AFTER JUDGMENT,** on the parties listed below in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Riverside, California, following ordinary business practices, addressed as follows:

Diane Kaminski
2040 San Jose
La Habra, CA 90631

Diane Kaminski
1644 Dunning Street
Santa Fe Springs, CA 90670

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED May 15, 2007 at Riverside, California.

*Paola Y. Castro*
Paola Y. Castro